**BURCH & CRACCHIOLO, P.A.**
1850 N. CENTRAL AVENUE, SUITE 1700
PHOENIX, ARIZONA 85004
TELEPHONE (602) 274-7611
FACSIMILE (602) 234-0341

Theodore A. Julian, Jr., SBN 012765
*tjulian@bcattorneys.com*
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Robinson, a married woman, individually, | Cause No:_____ |
| Plaintiffs, v. | (Maricopa County CV2020-007774) |
| QuikTrip Corporation, a foreign corporation d/b/a QuikTrip Store #454; and Does I-X, jointly and severally, | **DEFENDANT'S NOTICE OF REMOVAL** |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant QuikTrip Corporation, through undersigned counsel, hereby removes the above-captioned action from the Superior Court of Maricopa County, Arizona to the United States District Court for the District of Arizona, Phoenix Division, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and Rule 3.7 of the Rules of Practice of the United States District Court for the District of Arizona. Defendant respectfully states:

/ / /

/ / /

1. Plaintiff Kimberly Robinson alleges to have sustained personal injuries as a result of a slip and fall incident that occurred on January 19, 2019 at QuikTrip Store No. 454 in Phoenix, Arizona (Amended Compl., ¶ 2).

2. Plaintiff alleges that QuikTrip Corporation ("QuikTrip"), owned, possessed, operated, maintained and/or managed the premises and failed to maintain the premises in a reasonably safe condition (Amended Compl., ¶ 11-17).

3. On or about January 11, 2021 Plaintiff commenced this action against QuikTrip Corporation in the Maricopa County Superior Court bearing Cause No. CV2021-000506.

4. On the same date, Plaintiff filed a Certificate of Compulsory Arbitration stating that the case was not subject to compulsory arbitration.

5. On January 13, 2021, plaintiff filed an Amended Complaint against QuikTrip Corporation.

6. In the Amended Complaint, the Plaintiff alleges that the total claimed damages qualify the matter as a Tier 3 case pursuant to Rule 26.2 of the Arizona Rules of Civil Procedure (Amended Compl., ¶ 7).

7. There are no allegations in the Amended Complaint or the Prayer for Relief stating the amount of the claimed damages.

8. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because QuikTrip has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

**I. QUIKTRIP HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.**

- 2 -

9. QuikTrip was served with the Summons and Complaint on January 22, 2021.  Defendant QuikTrip filed its Answer on February 2, 2021.

10. No previous application has been made for the relief requested herein.

11. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 3.7, copies of all pleadings filed in Superior Court are attached as Exhibit A.  Pursuant to 28 U.S.C. § 1446(d) and Local Rule 3.7, a copy of this Notice of Removal is being served upon counsel for Plaintiff and a copy is being filed with the Clerk of the Maricopa County Superior Court.

## II. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDITION PURSUANT TO 28 U.S.C. §§ 1332 AND 1442.

12. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action in which the amount and controversy exceeds the sum of $75,000, exclusive of costs and interests, and is between citizens of different states.

### A. THERE IS COMPLETE DIVERSITY OF CITIZENSHIP.

13. There is complete diversity as between Plaintiff and Defendant QuikTrip.

14. Plaintiff alleges that she is a resident of the State of Arizona. (Amended Compl., ¶ 1.).  Plaintiff does not allege any alternative state of residence.

15. Public records from the Coconino County Recorder's Office show Care1st Health Plan Arizona, recorded a lien on behalf of AHCCCS for treatment provided to a patient named Kimberly Robinson whose address is listed as P.O. Box 25816, Munds Park, AZ 86016, for treatment rendered on January 19, 2019, which is the same date of loss as listed in the Amended Complaint.  Arizona is the state in which Plaintiff is domiciled and, therefore, the state in which Plaintiff is a citizen.

/ / /

/ / /

- 3 -

1    16.    Plaintiff alleges that Defendant QuikTrip is a corporation that caused an event to occur in Maricopa County, Arizona. Defendant QuikTrip Corporation is a domestic for-profit business corporation which was incorporated in the State of Oklahoma. QuikTrip's principal place of business is in the State of Oklahoma. QuikTrip Corporation is a citizen of Oklahoma for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

**B.    THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED.**

17.    Plaintiff alleges that she slipped and fell sustaining "serious injuries" and that the amount in controversy exceeds the minimum jurisdictional limits of the superior court. (Amended Compl., ¶ 7.)

18.    The Complaint itself does not specify a monetary amount of the claim damages, other than the Tier 3 certification that the damages sought are more than $300,000. (Amended Compl., ¶ 7.) This is evidence that Plaintiff is now seeking damages in excess of the $75,000 jurisdictional threshold for diversity of citizenship jurisdiction. See *Ansley v. Metropolitan Life Ins. Co.*, 215 F.R.D. 575, 578 (Ariz. 2003.) (Holding that Certificate of Compulsory Arbitration was relevant in determining the amount in controversy.)

WHEREFORE, Defendant QuikTrip Corporation, respectfully removes this action from the Arizona Superior Court in and For the County of Maricopa, bearing Cause No. CV2021-000506, to this Court pursuant to 28 U.S.C. § 1441.

/ / /

/ / /

/ / /

/ / /

DATED this 17th day of February, 2021.

**BURCH & CRACCHIOLO, P.A.**

By: *s/ Theodore A. Julian, Jr.*
　　Theodore A. Julian, Jr.
　　702 East Osborn Road, Suite 200
　　Phoenix, Arizona 85014
　　*Attorneys for Defendant QuikTrip Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021, I electronically filed the foregoing **NOTICE OF REMOVAL** with the United States District Court using the CM/ECF System for filing and one copy was electronically served this 17th day of February, 2021, to:

Daniel S. Brill, Esq.
THE BRILL LAW FIRM, PLLC
8170 North 86th Place, #100
Scottsdale, Arizona  85258


　　　　　　　　*s/ Pam Holmes*
　　　　　　　　　Pam Holmes

- 5 -

# EXHIBIT A

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
1/12/2021 3:43:12 PM
Filing ID 12422583

Person/Attorney Filing: Daniel S. Brill
Mailing Address: 8170 N. 86th Pl. Suite 100
City, State, Zip Code: Scotsdale, AZ 85258
Phone Number: (480)361-2757
E-Mail Address: dbrill@brilllawfirm.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 022370, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Kimberly Robinson<br>Plaintiff(s),<br>v.<br>Quiktrip Corporation, DBA Quiktrip Store #454<br>Defendant(s). | Case No.   CV2021-000506<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED** this

By: Daniel S. Brill /s/
Plaintiff/Attorney for Plaintiff

*QLM 1/19/21 @ 1030*

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
J. Nelson, Deputy
1/12/2021 3:43:12 PM
Filing ID 12422584

Person/Attorney Filing: Daniel S. Brill
Mailing Address: 8170 N. 86th Pl. Suite 100
City, State, Zip Code: Scotsdale, AZ 85258
Phone Number: (480)361-2757
E-Mail Address: dbrill@brilllawfirm.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 022370, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Kimberly Robinson
Plaintiff(s),

v.

Quiktrip Corporation, DBA Quiktrip Store #454
Defendant(s).

Case No. CV2021-000506

SUMMONS

To: Quiktrip Corporation, DBA Quiktrip Store #454

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *January 12, 2021*

*JEFF FINE*
Clerk of Superior Court

By: *JACQUELINE NELSON*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

2


# CT Corporation

**Service of Process Transmittal**
01/19/2021
CT Log Number 538902602

**TO:** Marshall Wells
QuikTrip Corporation
4705 S 129th East Ave
Tulsa, OK 74134-7008

**RE:** Process Served in Arizona

**FOR:** QuikTrip Corporation (Domestic State: OK)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kimberly RobinsonAtlas Residential, LLC, Pltf./Petitioner/Judgment Creditor vs. Quildrip Corporation, Dft./Respondent/Judgment Debtor // To: QuikTrip Corporation, etc. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # CV2021000506 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/19/2021 at 11:16 |
| **JURISDICTION SERVED :** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/19/2021, Expected Purge Date: 01/24/2021<br><br>Image SOP<br><br>Email Notification, Marshall Wells  mwells@quiktrip.com<br><br>Email Notification, Kristen Snow  ksnow@quiktrip.com<br><br>Email Notification, Ronald Collins  rcollins@quiktrip.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3800 N. Central Avenue<br>Suite 460<br>Phoenix, AZ 85012<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of 2 / AK

 **CT Corporation**

**Service of Process Transmittal**
01/19/2021
CT Log Number 538902602

**TO:** Marshall Wells
QuikTrip Corporation
4705 S 129th East Ave
Tulsa, OK 74134-7008

**RE:** **Process Served in Arizona**

**FOR:** QuikTrip Corporation  (Domestic State: OK)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Clerk of the Superior Court
*** Electronically Filed ***
M. Bouise, Deputy
1/13/2021 1:33:01 PM
Filing ID 12426783

**THE BRILL LAW FIRM, PLLC**
Daniel S. Brill (022370)
8170 North 86th Place, #100
Scottsdale, Arizona 85258
Phone - (480) 361-2757
Fax - (480) 534-7074
dbrill@brilllawfirm.com
Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| KIMBERLY ROBINSON, individually<br><br>Plaintiff,<br><br>v.<br><br>QUIKTRIP CORPORATION, a foreign corporation d/b/a QUIKTRIP STORE #454; and DOES I-X, jointly and severally,,<br><br>Defendants. | Case No. CV2021-000506<br><br>**AMENDED COMPLAINT**<br><br>(Tort Non-Motor Vehicle) |

Plaintiff Kimberly Robinson, by and through undersigned counsel, for her cause of action against the Defendants, and each of them, alleges as follows:

### GENERAL ALLEGATIONS

#### The Parties and Jurisdiction

1. Plaintiff Kimberly Robinson was at all times material herein a resident of Coconino County, Arizona.

2. Upon information and belief, Defendant QuikTrip Corporation at all times material herein was and is a foreign corporation d/b/a QuikTrip Store #454 (hereinafter collectively referred to as "QuikTrip") and was duly authorized to conduct business in the State of Arizona. At all times material herein, Defendant QuikTrip was doing business as a convenience store located at or near 2725 W. Peoria Ave. Phoenix, Maricopa County, Arizona 85051.

3. The true names, capacities and/or relationships, whether individual, corporate, partnership, or otherwise of Defendants Does I-X, inclusive, and each of them, are and were unknown to Plaintiff at the time of the filing of this Complaint. Plaintiff therefore sues said

Defendants and each of them by fictitious names. Plaintiff will ask leave of Court to amend this Complaint to show the true names, capacities and/or relationships when the same have been ascertained, and therefore alleges that all of said fictitiously-named Defendants were either joint tortfeasors and/or jointly and severally legally responsible in some manner for the events and happenings herein and proximately caused the injuries and damages to Plaintiff as herein set forth.

4. Defendants Does I-X were agents, employees and/or subcontractors of Defendant QuikTrip. Accordingly, Defendants are vicariously liable for their negligence in causing the injuries to Plaintiff.

5. The events giving rise to this cause of action occurred in Maricopa County, Arizona. Venue is proper in this Court.

6. This Court has personal jurisdiction over the parties and subject matter jurisdiction of the event.

7. The amount in controversy herein exceeds the minimum jurisdictional limits of this Court. Pursuant to Ariz.R.Civ.P. Rule 26.2, this is a Discovery Tier 3 case.

8. Upon information and belief, at all times material herein Defendant QuikTrip had a duty to ensure that its premises located at 2725 W. Peoria Ave. Phoenix, Maricopa County, Arizona 85051 was safe and free of dangerous conditions.

**The Events**

9. On or about January 19, 2019, Plaintiff Kimberly Robinson was lawfully on the premises of Defendant QuikTrip as a business invitee.

10. At said time and place, as Plaintiff was exiting the premises, Plaintiff slipped on a substance that was on the floor of Defendant QuikTrip's premises causing her to fall and sustain injuries.

11. On said date, Defendant QuikTrip carelessly, recklessly, and negligently maintained this area and failed to place any cones or other barricades, yellow tape or markers, which caused Plaintiff to fall and sustain injuries.

12. Defendant QuikTrip had constructive and/or actual notice of the unreasonably

dangerous and unsafe condition on its premises.

13. The unreasonably dangerous and unsafe condition of Defendant QuikTrip's premises was not a danger that Plaintiff reasonably should or could have discovered for herself.

14. As a direct and proximate result of the negligence of the Defendant QuikTrip, Plaintiff suffered serious injuries which will continue, the nature and extent of which will be proven with specificity upon the trial of this matter.

15. As a direct and proximate result of the negligence of the Defendant QuikTrip, Plaintiff has incurred expenses in connection with the care and treatment she received for her injuries, past, present and future, which will continue, and in an amount that will be proven with specificity upon the trial of this matter.

16. As a direct and proximate result of the negligence of the Defendant QuikTrip, Plaintiff suffered lost wages and loss of earning capacity past, present and future which will continue, in an amount to be proven with specificity upon the trial of this matter.

17. As a direct and proximate result of the negligence of the Defendant QuikTrip, Plaintiff suffered general damages, consisting of pain and suffering, anxiety, frustration, inconvenience which will continue, the exact nature and extent of which will be proven with specificity upon the trial of this matter.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A. For reasonable sums to compensate Plaintiff for her past and future medical expenses in an amount to be proven at trial;

B. For reasonable sums to compensate Plaintiff for her lost wages and loss of earning capacity in the future;

C. For reasonable sums to compensate Plaintiff for her physical and mental pain and suffering, anxiety, permanent impairment, permanent injuries, apprehension and nervousness in an amount to be proven at trial;

D. For all costs incurred herein;

E. For such other and further relief as this Court deems just and proper under the circumstances.

DATED this 13 day of January, 2021.

THE BRILL LAW FIRM, PLLC

By: _____
Daniel S. Brill, Esq.
Attorney for Plaintiff

1  **BURCH & CRACCHIOLO, P.A.**
   1850 N. CENTRAL AVENUE, SUITE 1700
2  PHOENIX, ARIZONA 85004
   TELEPHONE (602) 274-7611
3  FACSIMILE (602) 234-0341

4  Theodore A. Julian, Jr., SBN 012765
   *tjulian@bcattorneys.com*
5  *Attorney for Defendants*

6

7
                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
8
                       **IN AND FOR THE COUNTY OF MARICOPA**
9

10 | KIMBERLY ROBINSON, individually, |                                   |
11 |         Plaintiffs,              | NO. CV2021-000506                 |
12 |    v.                            |                                   |
   |                                  | **ANSWER TO AMENDED**             |
13 | QUIKTRIP CORPORATION, a foreign  | **COMPLAINT**                     |
   | corporation d/b/a QUIKTRIP STORE #454; |                             |
14 | and DOES I-X, jointly and severally; | **(Tort Non-Motor Vehicle)**  |
15 |         Defendants.              | (Hon. Sally S. Duncan)            |

        Defendant QuikTrip Corporation, for its answer, hereby admits, denies and alleges as follows:

        1.  With respect to the allegations contained in paragraphs 1-2, 5-7 and 9, admit, upon information and belief.

        2.  With respect to the allegations contained in paragraphs 3-4 regarding fictitious defendants, no affirmative response is required and this Defendant is otherwise without sufficient information to form a belief as to the truth of the allegations and therefore denies same.

3. With respect to the allegations contained in paragraph 8, admit that defendant owed a duty of reasonable care to invitees lawfully on the premises and deny that defendant breached any duty to plaintiff.

4. With respect to the allegations contained in paragraphs 10, admit that plaintiff slipped and fell on the premises. Defendant is without sufficient information to form a belief as to the truth of the balance of the allegations and therefore denies same.

5. With respect to the allegations contained in paragraph 11-17, deny.

## AFFIRMATIVE DEFENSES

6. Defendant denies every allegation or claim unless specifically admitted herein.

7. The Complaint fails to state a claim upon which relief can be granted.

8. Defendant denies that Plaintiff has sustained injuries that are legal responsibility of this Defendant.

9. Plaintiff's damages, if any, are diminished in whole or in part by the contributory or comparative fault of the Plaintiff or other non-parties.

10. Because Defendant has not had the opportunity to complete an investigation, additional affirmative defenses may be applicable, and Defendant reserves the right to amend their Answer to include additional affirmative defenses as may be supported by the facts and evidence.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant QuikTrip Corporation requests the following:

A. That Plaintiff's Complaint be dismissed, and Plaintiff take nothing thereby;

B. That judgment be entered in favor of Defendant QuikTrip;

C. That this answering Defendant be awarded its taxable costs; and

D. For such other and further relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED this 2nd day of February, 2021.

**BURCH & CRACCHIOLO, P.A.**

By: /s/ *Theodore A. Julian, Jr.*
    Theodore A. Julian, Jr.
    702 East Osborn Road, Suite 200
    Phoenix, Arizona 85014
    *Attorneys for Defendant QuikTrip Corporation*

**ORIGINAL** of the foregoing e-filed and one **COPY** of the foregoing mailed this 2nd day of February, 2021, to:

Daniel S. Brill, Esq.
THE BRILL LAW FIRM, PLLC
8170 North 86th Place, #100
Scottsdale, Arizona 85258
dbrill@brilllawfirm.com
*Attorneys for Plaintiff*

By: /s/ *Pam Holmes*

- 3 -